IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| James K. Baker, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:06-cv-0606 |
| Robert Lilly, et al., | : | JUDGE WATSON |
| Defendants, | : | |
| and | : | |
| James K. Baker, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:06-cv-0607 |
| Brenda Baker, et al., | : | JUDGE SARGUS |
| Defendants. | : | |

<u>ORDER</u>

Defendants have moved to consolidate these two cases on grounds that they involve the same parties and the same common set of facts. Plaintiff has not filed a memorandum in opposition. The Court agrees that the cases are appropriate for consolidation and grants the motion (#9 in Case No. 2:06-cv-606 and #12 in Case No. 2:06-cv-607). These cases are consolidated under Case No. 2:06-cv-606 (Judge Watson; Magistrate Judge King).

/s/ Terence P. Kemp
United States Magistrate Judge